UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | : | |
| Plaintiff, | : | Case No. 3:05CV151 |
| vs. | : | |
| | | Judge Thomas M. Rose |
| 75 S. Lutheran Church Jefferson Township, Ohio, et al | : | |
| | : | |
| Defendant. | | |

## ORDER GRANTING UNITED STATES' MOTION TO STAY PROCEEDINGS

This matter is before the Court upon the United States' Motion pursuant to

18 U.S.C. § 981(g) to stay the proceedings in this civil forfeiture action until the completion of a

related criminal investigation and prosecution on the grounds that civil discovery would

adversely affect the ability of the Government to conduct a related criminal investigation and

prosecution of a related criminal case.

The Court hereby finds that civil discovery would adversely affect the ability of the

Government to conduct a related criminal investigation or the prosecution of a related criminal

case. Consequently, IT IS HEREBY ORDERED THAT:

The United States' Motion to Stay Proceedings is granted, and this case shall be stayed

until further order of the Court. Government is to provide the Court a status report on the above

captioned matter every six months.

April 2, 2007                                          **s/THOMAS M. ROSE**

                                                 _____
                                                 Thomas M. Rose
                                                 United States District Judge